**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| RICHARD CADENASSO, individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 14-80519-CV- MIDDLEBROOKS/BRANNON |
| v. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, STORICK GROUP CO., THE STORICK GROUP CORPORATION, SCOTT R. STORICK and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, RICHARD CADENASSO, and

Defendants, METROPOLITAN LIFE INSURANCE COMPANY, STORICK GROUP CO.,

THE STORICK GROUP CORPORATION, and SCOTT R. STORICK, through their

undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice.  Each

party to bear its own costs and attorney's fees.

Submitted and approved by:

s/ Ryan M. Kelly
Ryan M. Kelly, Esq.
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
rkelly@andersonwanca.com
Tel: (847) 368-1500
Fax:  (847) 368-1501

*Attorney for Plaintiff*

s/ Howard Poznanski
Howard Poznanski, Esq.
4800 N. Federal Highway
Suite 208A
Boca Raton, FL 34431
howardwpoznanski@bellsouth.net
Tel: (561) 417-9294
Fax:  (561) 417-9422

*Attorney for the Storick Defendants*

s/ Jeffrey M. Landau
Frank Zacherl, Esq.
Florida Bar No. 0868094
fzacherl@shutts.com
Jeffrey Landau, Esq.
Florida Bar No. 863777
jlandau@shutts.com
Daniel Stabile, Esq.
dstabile@shutts.com
Florida Bar No. 0095750
Shutts & Bowen LLP
201 S. Biscayne Boulevard
1500 Miami Center
Miami, FL 33131
Tel: 305-358-6300
Fax: 305-381-9982
*Attorneys for Defendant Metropolitan Life
 Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

             <u>s/ Ryan M. Kelly     </u>