UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80519-CIV-MIDDLEBROOKS/BRANNON

RICHARD CADENASSO,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal (DE 132) ("Joint Stipulation"), filed July 7, 2014. The Parties filed this Joint Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Joint Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as moot and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 8th day of July, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record